Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States Supreme Court

| | |
|---|---|
| Joy Preston<br>Citizen(s) of Ohio, American Victims<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Hillary & Bill Clinton and foundation, Lancaster CPS and Domestic Relations Court; Laura B Smith, GAL Sonya Marshal, Mike DeWine, Dave Yost, Andrew Ginther, Zach Klien CMHA-Alvis<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 2 20CV5923<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☐ No<br><br>Judge Sargus<br><br>MAGISTRATE JUDGE DEAVERS |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joy Preston |
| Street Address | 1731 Richmond Ave Apt 9 |
| City and County | Columbus, Franklin |
| State and Zip Code | OH, 43203 |
| Telephone Number | 380-800-6220 |
| E-mail Address | joy2200@protonmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Gov. Mike DeWine/ AG Dave Yost |
| Job or Title (if known) | Governor of Ohio- State of Ohio |
| Street Address | 77 S. High Street – 30thFloor/30 E. Broad St., 14th Floor/ |
| City and County | Columbus, Franklin |
| State and Zip Code | Ohio, 43215/43220 |
| Telephone Number | (614) 466-3555/614-228-2481 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Lancaster Ohio DR Court/CPS/GAL |
| Job or Title (if known) | Judge Laura B. Smith, Attorney/GAL Sonya Marshall/CPS Agencie |
| Street Address | 224 East Main Street, 4th Floor/239 West Main St |
| City and County | Lancaster, Fairfield |
| State and Zip Code | Ohio, 43130 |
| Telephone Number | 740-652-7440/(740) 652 - 7889 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Hilary & Bill Clinton |
| Job or Title (if known) | Clinton Foundation (Unsure found it online) |
| Street Address | 1200 President Clinton Avenue |
| City and County | Little Rock |
| State and Zip Code | AK |
| Telephone Number | (501) 374-4242 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | CMHA- Alvis(Amethyst) |
| Job or Title (if known) | Administration & (Celen Revels)- Alvis Owner (Adele Johnson) |
| Street Address | 880 E 11th Ave/2100 Stella C/455 East Mound |
| City and County | Columbus, Franklin |
| State and Zip Code | OH, 43211/23215 |
| Telephone Number | (614) 421-6000/(614) 252-8402/(614) 242-1284 |
| E-mail Address (if known) | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Ohio Statues: ORC 2909.24 Terrorism; ORC 2909.23 Making Terroristic Threat;ORC 2923.31 Engaging in Pattern of Corrupt Activity; ORC 2923.03 Complicity; ORC 2917.31 Inducing Panic law; ORC 2923.01 Conspiracy; ORC 3599.01 Bribery statute; ORC 2921.45 Interfering with Civil Rights ORC 2905.12 Coercion; ORC 2903.34 Patient abuse or Neglec statute;ORC 2935.10(A) mandates a criminal investigation.Constitution such as A3, A6, A7, A8, A9, A10, A11, A12. United States Code violations under the following Titles, 6, 12, 18, 20, 21, 23, 24, 28, 29, 31, 34, 38, 40-43, 49 and 52.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Joy Preston , is a citizen of the State of *(name)* Ohio

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____
       and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Ohio Goverment officials and agencies, is incorporated under the laws of the State of *(name)* Ohio, and has its principal place of business in the State of *(name)* Ohio

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The State of Ohio citizens and law enforcement are targets for the political, corrupt and criminal acts being exposed. They have been stealing funding for years, denying citizens their rights under Ohio laws, they together have become a domestic terrorist organization in power. They are denying civil rights and displacing people, taking their kids, changing records and illegally covering up their crimes

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Most recently They neglected to protect my daughter from harm, placed her with her abuser, she was terrified to leave, failed to conduct proper investigation and allegations of abuse. In violation of 18USC242, 18USC245, and 18USC246, they acted in gross negligence and in retaliation. I had her safe with me since the disclosure, until they had a court date, without my knowledge 10/29/2020. The police came to enforce the order to remover her and if I refused I would be arrested. GAL saying things that were not true, CPS covered up for the foster dad who sexually abused my son. They used their abuse of laws, powers and authority, illegally funling money for years.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

They have been doing things more outwardly recently and we have become targets after I made a request for funds due to trying to escape the corruption. He then took the report and told his friends in the corrupt system that I knew they were depriving Ohioans and myself freedom from human trafficking and Child sex trafficking through CPS, Lancaster Ohio for both of my children. I have almost 4 years clean and sober, but they have lied and used mental health in place of taknig my freedom of religion. They used their abuse of laws, powers and authority, when I started speaking up, to steal my daughter by court order or else arrest and give her to her sexually, physically, ehave nothing and no freedom. $341 million to Mayor Gunther, but he is taking $15 million away from police

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

For the state citizens who suffered in the state of Ohio, I know we got 2.2Billion 4/2020. before doing a audit, All the CoVid funding back from DeWine and friends. 600 Billion from the Contract With Black America! To give back to Americans. Then ALL the funding The Clinton, Biden and Obama Families have received and or benefited from, including their presidential life long compensations! This is for the factual and provable, BILLIONS stolen from Haiti over the years, They along with Bill Gates, George Sorros, Jennifer Preston, Leah Gorsuch, and the list goes on. Ohio protects pedophiles more than they do children. I have been reporting corruption

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/17/2020

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff:

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address