**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JOY PRESTON,**

    **Plaintiff,**

  v.                                  **Case No.: 2:20-cv-5923
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers**

**MIKE DEWINE,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on February 5, 2021. (ECF No. 4.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. (ECF No. 4.) For the reasons set forth in the Report and Recommendation, this action is **DISMISSED**. The Clerk is directed to close this case.

    **IT IS SO ORDERED.**


**2/24/2021**                                              **s/Edmund A. Sargus, Jr.**
**DATE**                                                   **EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**